**Connery Fruit Company, appellee, v. Delaware, Lackawanna & Western Railway Company, appellant. Gen. No. 24,260.**

Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge. Heard in this court at the October term, 1918. Affirmed on authority of Connery Fruit Co. v. Delaware, L. & W. Ry. Co., *ante*, p. 639. Opinion filed January 12, 1920.

Adams, Follansbee, Hawley & Shorey, for appellant; Samuel Adams and John E. Gavin, of counsel. Joseph M. Connery, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Harry Libitsky, defendant in error, v. Rose Pikowsky, administratrix of the estate of Herman Pikowsky, deceased, plaintiff in error. Gen. No. 24,941.**

Action to recover for money had and received. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Rufus F. Robinson, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920.

Bernard J. Brown, for plaintiff in error. Joseph Rolnick, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**John Demas, defendant in error, v. Panagiota Bogris, plaintiff in error. Gen. No. 25,271.**

Action to recover from widow hospital bills and funeral expenses of deceased husband. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed January 12, 1920.

B. M. Shaffner, for plaintiff in error. Joseph W. Schulman, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

**Joseph T. Delfosse, defendant in error, v. Anna N. Kendall, plaintiff in error. Gen. No. 25,293.**

Action to recover on promissory note. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920. Rehearing denied January 26, 1920.

Samuel B. Hill, for plaintiff in error. George L. Schein, for defendant in error; Francis L. Brinkman, of counsel.

Mr. Justice Holdom delivered the opinion of the court.